IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| OSCAR D. MOORE, SR., ET AL, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | CASE NO.: 1:10-cv-178 NBB-JAD |
| v. | ) | |
| | ) | |
| TRUE TEMPER SPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY DISCOVERY

Comes now the Plaintiffs by and through their attorney, Tim R. Wadsworth, and files this response to Defendant's Motion to Stay Discovery and assert that the motion should be denied and as grounds states as follows:

1. The Plaintiffs have asserted in their complaint and the Response to the Motion to Dismiss the Plaintiffs' position concerning the parties's cause of action. Accordingly, the Plaintiffs assert that the motion to dismiss should be denied since the Plaintiffs were discriminated against.

2. The Defendant attempts to reargue its position in his Motion to Dismiss in this Motion to Stay Discovery. However, the Plaintiffs and Defendant have argued the Motion to Dismiss in a separate document.

3. The Plaintiffs' position is that discovery should be continuing in this case despite the motion to dismiss.

WHEREFORE, premises considered, the Plaintiffs moves this Court to deny the

Defendant's motion to stay discovery and for such other and further relief as the Court shall deem appropriate.

Dated this the 17th day of January, 2011.

                                                 Respectfully submitted,

                                                 /s/ Tim R. Wadsworth
                                                 Tim R. Wadsworth (MB# 6854)
                                                 Attorney for Plaintiffs
                                                 55051 Highway 17
                                                 Post Office Box 987
                                                 Sulligent, Alabama 35586
                                                 (205)698-9118
                                                 (205) 698-7456 (Fax)
                                                 wadsworth@centurytel.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following attorney of record by placing a copy in the United States Mail, postage prepaid and properly addressed.

W. Thomas Siler, Jr.
G. Todd Butler
Phelps Dunbar LLP
Post Office Box 16114
Jackson, MS 39236-6114

Done this the 17th day of January, 2011.

                                                 /s/ Tim R. Wadsworth
                                                 Tim R. Wadsworth
                                                 Attorney for Plaintiffs