IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

OSCAR D. MOORE, SR, ET AL     PLAINTIFF

VS.     CIVIL ACTION NO.: 1:10-cv-178 NBB-JAD

TRUE TEMPER SPORTS, INC.     DEFENDANTS

### DEFENDANT'S REBUTTAL IN SUPPORT OF
### MOTION TO STAY DISCOVERY

**COMES NOW** Defendant, True Temper Sports, Inc. ("True Temper"), by and through counsel, and files this Rebuttal in Support of its previously filed Motion to Stay Discovery. In support, True Temper offers the following:

1. True Temper filed a Motion to Stay Discovery on January 5, 2011, citing fairness and judicial economy grounds. *See* Docket Entry No. 16. Oscar Moore, Sr., Steve Lowe, Rodney Hampton, and Clyde Reddick, Jr. ("Plaintiffs") responded on January 17, 2011. *See* Docket Entry No. 17.

2. In their Response, Plaintiffs make no substantive argument nor do they attempt to articulate a reason why discovery should not be stayed until True Temper's pending Motion to Dismiss is decided. Instead, Plaintiffs simply state that True Temper has attempted to reargue the merits of its Motion to Dismiss. *See* Docket Entry No. 17, at ¶2.

3. Plaintiffs' position fails to recognize that courts often stay discovery ***because of*** the issues presented in a pending Motion to Dismiss. Indeed, Plaintiffs cite no authority whatsoever and do not attempt to address the applicable cases relied on by True Temper in its principal Motion.

4. True Temper resubmits that the legal question in this case is straightforward and that governing case law plainly dictates dismissal. True Temper further reiterates that allowing

Plaintiffs to conduct discovery before the Court has addressed the Motion to Dismiss would unfairly prejudice True Temper by imposing time and costs greater than any damages Plaintiffs could recover, even in the unlikely event that liability could be established.

**WHEREFORE, PREMISES CONSIDERED**, True Temper respectfully requests an Order staying discovery until the pending Motion to Dismiss is ruled upon.

Dated: January 19, 2011.

Respectfully submitted,

**TRUE TEMPER SPORTS, INC., Defendant.**

BY: */s/ G. Todd Butler*
W. Thomas Siler, Jr., MB #6791
G. Todd Butler, MB #102907
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
P. O. Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777

## CERTIFICATE OF SERVICE

I, G. TODD BUTLER, the undersigned attorney for True Temper Sports, Inc., do hereby certify that I have this date electronically filed the above and foregoing *REBUTTAL IN SUPPORT OF MOTION TO STAY DISCOVERY* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Tim R. Wadsworth
WADSWORTH & MIDDLETON, P.C.
55051 Hwy 17
P.O. Box 987
Sulligent, AL 35586
(205) 698-9118
wadsworth@centurytel.net

***ATTORNEY FOR PLAINTIFFS***

**SO CERTIFIED**, this the 19th day of January, 2011.

/s/ G. Todd Butler
G. TODD BUTLER