UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

OSCAR D. MOORE, SR., et al.                                                               PLAINTIFFS

V.                                            CIVIL ACTION NO.1:10CV178-NBB-JAD

TRUE TEMPER SPORTS, INC.                                                  DEFENDANT

### ORDER GRANTING MOTION TO STAY DISCOVERY

The court finds that discovery should be stayed [16] pending resolution of the defendant's motion to dismiss [7]. If necessary after the ruling on that motion, the parties must either submit an agreed case management order or request a status conference within 14 days of the ruling on the motion to dismiss.

SO ORDERED this the 14th day of February, 2011.

                                                               /s/ JERRY A. DAVIS
                                                                UNITED STATES MAGISTRATE JUDGE